IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN ARMON DUCKSWORTH,

    Plaintiff,

v.

T. MASSEN,

    Defendant.

ORDER

22-cv-149-wmc
App. No. 23-3431

---

Plaintiff Brian Armon Ducksworth has filed a notice of appeal from the court's December 19, 2023 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Brian Armon Ducksworth may have until January 25, 2024 to either (1) pay the $605[1] appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 3rd day of January, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing an appeal is $605 (the $600 docketing fee plus the $5 statutory fee).